IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue is granted and the Rule 26 telephone planning conference is continued from August 1 to **August 17, 2005 at 9:30 a.m.**  Plaintiff's counsel shall place the call.

DATED this 4th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge