IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | CASE NO. 8:05CV118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | **ORDER** |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, acting as | ) | |
| Administrative Agent of the Disability | ) | |
| Income Insurance Business of the Lincoln | ) | |
| National Life Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on Plaintiff's Motion For Extension of Time (Filing No. 19) in which to submit a settlement proposal to Defendants' counsel. Just cause for the Motion being demonstrated and there being no objection hereto by the Defendants, the Court finds that Plaintiff's Motion For Extension of Time should be granted.

IT IS THEREFORE ORDERED that Plaintiff shall submit a settlement proposal to Defendants' counsel on or before **October 28, 2005**.

Dated this 20th day of July, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester

United States Magistrate Judge