IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05 CV 118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE, | ) | ORDER |
| INSURANCE COMPANY, a Stock Company, | ) | |
| and METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, d/b/a METLIFE, acting as | ) | |
| Administrative Agent of the | ) | |
| Disability Insurance Business of the | ) | |
| Lincoln National Life Insurance | ) | |
| Company, | ) | |
| | ) | |
| Defendants. | ) | |

A telephone conference was held with counsel in this matter on this date pursuant to Fed. R. Civ. P. 16.  Counsel advised that the scheduling of discovery and other progression items at this time would be premature in light of the pending motion to compel.  Counsel then agreed to postpone this conference until that motion has been decided.

IT THEREFORE HEREBY IS ORDERED:  The Planning Conference will resume at 2:00 p.m. on September 9, 2005, again by telephone conference call.  Plaintiff's counsel shall place the call.

DATED August 17, 2005

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge