IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

Upon consideration of the defendants' motion for extension of time, and the plaintiff's response to the motion,

IT IS ORDERED:

1. The motion, filing 26, is granted, and the defendants shall respond to the motion to compel on or before September 2, 2005.

2. The Rule 26 telephone planning conference previously scheduled for September 9, 2005 is continued to September 16, 2005 at 10:45 a.m. Plaintiff's counsel shall place the call.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge