IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Stock Company, and METROPOLITAN LIFE INSURANCE COMPANY, doing business as METLIFE, acting as Administrative Agent of the Disability Income Insurance Business of the Lincoln National Life Insurance Company, | ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Counsel and the court convened by telephone this date, as ordered pursuant to Fed. R. Civ. P. 16.  Because of pending motions and the issue of bifurcation which need to be resolved, it was agreed that continuing the conference was appropriate. A trial date, however, was agreed to by counsel, subject to clients' availability and counsel's other trial schedules.

IT THEREFORE HEREBY IS ORDERED:

1.  The telephone planning conference is continued to October 31, 2005 at 10:00 a.m.  Plaintiff's counsel shall place the call.

2.  Trial of this case is set to commence at 9:00 a.m. on June 19, 2006 in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska before the Hon. Richard G. Kopf, United States District Judge.  Trial is scheduled for a duration of five trial days.  Jury selection will be held at commencement of trial.

DATED this 16th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge