```
           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | MEMORANDUM AND ORDER |
| INSURANCE COMPANY, and | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The defendants have filed a motion for protective order, filing 30, with respect to the discovery requests which were the subject of plaintiff's motion to compel, filing 22. The motion states that if any of the requested discovery is compelled, the discovery responses should be subject to "appropriate protections of the privacy of Defendants' insureds and employees, and of the competitive, proprietary interests of Defendants." By order dated October 26, 2005, the filing 22 motion to compel was denied without prejudice to re-filing as needed after resolution of the contract claim. See filing 44.

IT THEREFORE HEREBY IS ORDERED: The defendants' motion for protective order, fling 30, is denied without prejudice to re-filing as needed upon plaintiff's re-service of the discovery requests at issued on plaintiff's filing 22 motion to compel.

DATED this 27th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge