IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | CASE NO:   8:05CV118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, acting as | ) | |
| Administrative Agent of the Disability | ) | |
| Income Insurance Business of the Lincoln | ) | |
| National Life Insurance Company | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on Plaintiff's motions (Filing Nos.55 and 56) to strike filing numbers. 53 and 54 and to re-file the correct documents. The Court, being duly advised in the premises, finds that said motions should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's motions, filing numbers 55 and 56, to strike filing numbers 53 and 54 are granted.

Dated this 6th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge