IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CATHERINE BROOKS,                    )
                                     )
                Plaintiff,           )           8:05CV118
                                     )
        v.                           )
                                     )
THE LINCOLN NATIONAL LIFE            )           ORDER
INSURANCE COMPANY, and               )
METROPOLITAN LIFE INSURANCE          )
COMPANY,                             )
                                     )
                Defendants.          )
_____      )

        On the court's own motion,

        IT IS ORDERED:

        Trial of this matter is rescheduled to August 21, 2006 at
9:00 a.m. before the Honorable Richard G. Kopf in Courtroom 1,
United States Courthouse and Federal Building, Lincoln, Nebraska.
Trial is subject to the prior disposition or continuance of any
criminal matters which may be set for that week as well as
Brueckner v. BNRR, 4:04cv3006; Benson v. Ford, 8:05cv54; and
Buzek v. Pawnee County, 4:05cv3214.  Jury selection will be held
at commencement of trial.

        DATED this 9th day of March, 2006.

                                BY THE COURT:

                                s/ David L. Piester

                                David L. Piester
                                United States Magistrate Judge