```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA


CATHERINE BROOKS,                )
                                 )
               Plaintiff,        )         8:05CV118
                                 )
       v.                        )
                                 )
THE LINCOLN NATIONAL LIFE        )         ORDER
INSURANCE COMPANY, a Stock       )
Company, and METROPOLITAN        )
LIFE INSURANCE COMPANY,          )
doing business as METLIFE,       )
acting as Administrative         )
Agent of the Disability          )
Income Insurance Business of     )
the Lincoln National Life        )
Insurance Company,               )
                                 )
               Defendants.       )
                                 )
```

IT IS ORDERED,

Upon reconsideration of the parties' motions to continue trial, filings 71 and 82, the motions are granted as follows:

1. Jury trial is continued to a date to be established by the presiding trial judge, the Honorable William J. Riley, United States Court of Appeals Judge in **Omaha**, Nebraska, in January of 2007.

2. The pretrial conference will be held December 4, 2006 at 10:00 a.m. before the undersigned magistrate judge in chambers, 566 Federal Building, 100 Centennial Mall North, **Lincoln**, Nebraska.

3. The deposition deadline is continued to November 20, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

    4.  All other provisions of the court's revised order setting this case for trial, filing 68, shall remain in effect.

    Dated May 10, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge