IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Stock Company, and METROPOLITAN LIFE INSURANCE COMPANY, doing business as METLIFE, acting as Administrative Agent of the Disability Income Insurance Business of the Lincoln National Life Insurance Company, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Upon reconsideration of the defendant MetLife's motion for sanctions and the additional evidence filed in relation thereto, the court concludes that certain changes should be made to the earlier memorandum and order addressing the motion. The accompanying memorandum and order will be substituted for the memorandum and order entered April 27, 2006.

    IT THEREFORE HEREBY IS ORDERED:

    1. The memorandum and order of April 27, 2006, filing 84, is withdrawn and set aside.

    2. The accompanying memorandum and order is substituted for filing 84.

    3. The clerk shall provide copies of this order and the accompanying memorandum and order to all of the judges of this court, the assigned trial judge, and to the mediator.

    DATED this 14th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge