IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | CASE NO. 8:05CV118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | **ORDER** |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, acting as | ) | |
| Administrative Agent of the Disability | ) | |
| Income Insurance Business of the Lincoln | ) | |
| National Life Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on Plaintiff's Motion For Stay Pending Appeal (Filing No.105) requesting an order staying the Magistrate's Orders (Filing #103 and #104) pending appeal of the Orders. Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion For Stay Pending Appeal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Stay Pending Appeal of the Court's Orders (Filing #103 and #104) shall be granted.

Dated this 20th day of June, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge