```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court has been advised that plaintiff has no objection to defendants' motion to file index under seal, filing 116.

IT THEREFORE HEREBY IS ORDERED,

Defendants' motion to file index of evidence under seal, filing 116, is granted.

DATED this 2nd day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge