IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

)
)
)

### **NOTICE**

The following case will be called for trial during the week of January 16, 2007:

<u>Civil No.</u>  <u>Case</u>
8:05CV118   *Brooks v. The Lincoln National Life Insurance Co.*

Because Monday, January 15, 2007, is a federal holiday, this case will start the trial on Tuesday, January 16. If you have any scheduling conflicts with this date, please notify my chambers promptly.

Dated this 22nd day of August, 2006.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
Sitting by Designation