```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

CATHERINE BROOKS,                  )
                                   )
            Plaintiff,             )        8:05CV118
                                   )
      v.                           )
                                   )
THE LINCOLN NATIONAL LIFE          )        ORDER
INSURANCE COMPANY, a Stock         )
Company, and METROPOLITAN          )
LIFE INSURANCE COMPANY,            )
doing business as METLIFE,         )
acting as Administrative           )
Agent of the Disability            )
Income Insurance Business of       )
the Lincoln National Life          )
Insurance Company,                 )
                                   )
            Defendants.            )
                                   )

     IT IS ORDERED,

     Defendant's unopposed oral motion to continue the pretrial conference is granted and the pretrial conference is continued from December 4, 2006 to December 20, 2006 at 10:00 a.m. before the undersigned in chambers, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

     DATED September 18, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge