```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | ORDER |
| INSURANCE COMPANY, and | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The plaintiff's unopposed oral motion to continue the pretrial conference is granted.  The pretrial conference is continued from December 20, 2006 to December 28, 2006 at 10:00 a.m., and will be held before the undersigned in chambers, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 30th day of October, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge