IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | CASE NO. 8:05CV118 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, acting as | ) | |
| Administrative Agent of the Disability | ) | |
| Income Insurance Business of the Lincoln | ) | |
| National Life Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER coming before the Court on the Plaintiff's Motion for Enlargement of Time (Filing No. 147) requesting an Order for an Extension of Time to allow Plaintiff to designate her Rebuttal Expert Witnesses. Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion to Enlarge Time should be granted.

IT IS THEREFORE ORDERED that the Plaintiff's Motion shall be granted and the Plaintiff's designation of Rebuttal Expert Witnesses shall be filed by November 20, 2006.

Dated this 2nd day of November, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge