IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | ORDER |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, | ) | |
| acting as Administrative | ) | |
| Agent of the Disability | ) | |
| Income Insurance Business of | ) | |
| the Lincoln National Life | ) | |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED,

Plaintiff's unopposed motion for time, filing 149, is granted and the deposition deadline is extended from November 20, 2006 to December 22, 2006.

DATED November 3, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge