IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE | ) | MEMORANDUM AND ORDER |
| INSURANCE COMPANY, a Stock | ) | |
| Company, and METROPOLITAN | ) | |
| LIFE INSURANCE COMPANY, | ) | |
| doing business as METLIFE, | ) | |
| acting as Administrative | ) | |
| Agent of the Disability | ) | |
| Income Insurance Business of | ) | |
| the Lincoln National Life | ) | |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's counsel has informed the court of his completion of an educational course on ethical considerations in representing clients in mediation.  I have accepted that action as complying with my earlier order.

IT THEREFORE HEREBY IS ORDERED,

The plaintiff's counsel has complied with the order of June 14, 2006, filing 104.

DATED January 3, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge