IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CATHERINE BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV118 |
| | ) | |
| v. | ) | |
| | ) | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a Stock Company, and METROPOLITAN LIFE INSURANCE COMPANY, doing business as METLIFE, acting as Administrative Agent of the Disability Income Insurance Business of the Lincoln National Life Insurance Company, | ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

   IT IS ORDERED,

   Plaintiff's motion to dismiss, filing 159, is granted.  This action is dismissed with prejudice, each party to bear their own costs and attorney fees.

   DATED January 8, 2007.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge